IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., a Delaware corporation, and INTERSIL AMERICAS, INC., a Delaware Corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>                Defendants. | C.A. No. 07-187 GMS |

**POWER INTEGRATIONS, INC.'S
NOTICE OF RELATED ACTION AND REQUEST FOR REASSIGNMENT TO
JUDGE FARNAN PURSUANT TO DELAWARE LOCAL RULE 3.1(b)**

**I.    RELATED CASE**

Pursuant to Local Rule 3.1(b), defendant Power Integrations hereby notifies the court that this case is related to a case already pending in this court, captioned *Power Integrations, Inc. v. Fairchild Semiconductor International, Inc.*, Civil Action No. 04-1371 (JJF).

**II.    DISCUSSION**

This action was transferred from the Eastern District of Texas on April 4, 2007 (C.A. No. 06-151 (TJW)).  Pending before Judge Farnan is another action involving the same parties,[1] the same technology, and many of the same witnesses and operative facts.

---

[1] Although Intersil is not a named party to the other litigation, Intersil has been actively involved in the dispute between Power Integrations and Fairchild—Intersil purports to have a joint defense agreement with Fairchild, and Intersil will also be providing documents and former employees to testify at the upcoming trial.

Trial is set to begin in that case on June 4, 2007, and the resolution of the issues in Judge Farnan's trial regarding one of the four patents-in-suit there will significantly impact the case at hand, as the validity issues regarding the patent in the present case overlap entirely with the related case.  Given Judge Farnan's familiarity with the common subject matter between the two cases, reassignment to Judge Farnan would secure a speedy and less expensive resolution of the instant action, as required under the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. Proc. 1 (noting that the Federal Rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action."); *see also* Local Rule 3.1(b) (defining a related case as one that "would entail substantial duplication of labor if heard by different judges").  Power Integrations therefore requests that the instant case be reassigned to Judge Farnan so that Judge Farnan can efficiently address this dispute after he has resolved the related case between the parties.

### III.     CONCLUSION

The court should reassign the instant case to Judge Farnan to allow him to resolve the issues at hand in light of the resolution of the upcoming trial in related case C.A. No. 04-1371 between the parties.

Dated: May 1, 2007                FISH & RICHARDSON P.C.


                                  By:  /s/ William J. Marsden, Jr.
                                       William J. Marsden, Jr. (#2247)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE  19899-1114
                                       Telephone: (302) 652-5070
                                       Facsimile:  (302) 652-0607
                                       Email:  marsden@fr.com

                                       Frank E. Scherkenbach
                                       225 Franklin Street
                                       Boston, Massachusetts 02110-2804
                                       Telephone: (617) 542-5070
                                       Facsimile:  (617) 542-8906

                                       Howard G. Pollack
                                       Michael J. Headley
                                       500 Arguello Street, Suite 500
                                       Redwood City, California 94063
                                       Telephone: (650) 839-5070
                                       Facsimile:  (650) 839-5071

                                  Attorneys for Plaintiff
                                  POWER INTEGRATIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, I electronically filed with the Clerk of Court POWER INTEGRATIONS, INC.'S NOTICE OF RELATED ACTION AND REQUEST FOR REASSIGNMENT TO JUDGE FARNAN PURSUANT TO DELAWARE LOCAL RULE 3.1(b) using CM/ECF. The filing will also be sent via hand delivery to:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on May 1, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Plaintiff<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. |
| Carl R. Roth<br>Michael C. Smith<br>THE SMITH LAW FIRM<br>115 North Wellington, Suite 200<br>P.O. Box 876<br>Marshall, Texas 75671 | Attorneys for Plaintiff,<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION and INTERSIL<br>CORPORATION |
| Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

　/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80044428.doc