IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAIRCHILD SEMICONDUCTOR
CORPORATION, a Delaware corporation,
and INTERSIL CORPORATION, a
Delaware corporation,

                                Plaintiffs,          C.A. No. 07-187 GMS

        v.

POWER INTEGRATIONS, INC., a
Delaware corporation,

                                Defendants.

## ENTRY OF APPEARANCE

        Please enter the appearance of the below attorneys from Fish & Richardson P.C.

as counsel for Defendant Power Integrations, Inc.

Dated:  May 3, 2007                 FISH & RICHARDSON P.C.


                                By:  */s/ William J. Marsden, Jr.*
                                      William J. Marsden, Jr. (#2247)
                                      919 N. Market Street, Suite 1100
                                      P.O. Box 1114
                                      Wilmington, DE  19899-1114
                                      Telephone: (302) 652-5070
                                      Email:  marsden@fr.com

                                      Frank E. Scherkenbach
                                      225 Franklin Street
                                      Boston, MA 02110-2804
                                      Telephone: (617) 542-5070


                                      Howard G. Pollack
                                      Michael Headley
                                      500 Arguello Street, Suite 500
                                      Redwood City, CA 94063
                                      Telephone: (650) 839-5070

                                Attorneys for Defendant
                                POWER INTEGRATIONS, INC.

80044480.doc

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2007, I electronically filed with the Clerk of Court

an Entry of Appearance using CM/ECF.  The filing will also be sent via hand delivery to:

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O.  Box 1150
Wilmington, DE 19899

I hereby certify that on May 3, 2007, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| G. Hopkins Guy, III<br>Bas de Blank<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Plaintiff<br>FAIRCHILD SEMICONDUCTOR<br>INTERNATIONAL, INC. |
| Carl R. Roth<br>Michael C. Smith<br>THE SMITH LAW FIRM<br>115 North Wellington, Suite 200<br>P.O. Box 876<br>Marshall, Texas 75671 | Attorneys for Plaintiff,<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION and INTERSIL<br>CORPORATION |
| Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

 */s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

80044480.doc