```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
```

FAIRCHILD SEMICONDUCTOR           :
CORPORATION, et al.               :
                                  :
        Plaintiffs,               :
                                  :
    v.                            : Civil Action No. 07-187 JJF
                                  :
POWER INTEGRATIONS, INC.,         :
                                  :
        Defendant.                :

## O R D E R

WHEREAS, the above-captioned case was assigned to this Court on June 4, 2007 as a matter related to Power Integrations v. Fairchild Semiconductor Int'l Inc., et al., C.A. No. 04-1371 JJF;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status/Scheduling Conference will be held on **Thursday, August 2, 2007, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 5, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE