IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation.<br><br>          Defendants. | C.A. No. 07-187 JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Howard G. Pollack, Frank E. Scherkenbach and Michael R. Headley to represent plaintiff Power Integrations, Inc. in this matter.

Dated: July 31, 2007

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

50428841.doc

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Howard G. Pollack, Frank E. Scherkenbach, and Michael R. Headley is granted.

Dated: _____, 2007        _____
                                      United States District Judge

50428841.doc

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 26, 2007              Signed: _____
                                  Howard G. Pollack
                                  Fish & Richardson, P.C.
                                  500 Arguello Street, Suite 500
                                  Redwood City, CA 94063
                                  Phone: (650) 839-5070
                                  Fax: (650) 839-5071

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 26, 2007         Signed: _____
                                     Michael R. Headley
                                     Fish & Richardson, P.C.
                                     500 Arguello Street, Suite 500
                                     Redwood City, CA 94063
                                     Phone: (650) 839-5070
                                     Fax: (650) 839-5071

50428841.doc

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of California and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 31, 2007            Signed: /s/ Frank E. Scherkenbach
                                Frank E. Scherkenbach
                                FISH & RICHARDSON P.C.
                                225 Franklin Street
                                Boston, MA 02110-2804
                                Tel: (617) 542-5070
                                Fax: (617) 542-8906

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed a Motion and Order for Admission *Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |
| Bas de Blank<br>G. Hopkins Guy III<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7452 | Attorneys for Defendants-<br>Counterclaimants FAIRCHILD<br>SEMICONDUCTOR<br>INTERNATIONAL, INC., a Delaware<br>corporation, and FAIRCHILD<br>SEMICONDUCTOR CORPORATION |

I hereby certify that on July 31, 2007, I have mailed by the United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

50428841.doc