IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Defendant. | C.A. No. 07-187 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 6, 2007, a true and correct copy of (1) Power Integrations, Inc.'s First Set Of Interrogatories To Fairchild Semiconductor Corporation, Intersil Americas, Inc. and Intersil Corporation (Nos. 1-13); and (2) Defendant Power Integrations, Inc.'s First Set Of Requests For The Production Of Documents And Things To Plaintiffs Intersil Americas, Inc. And Intersil Corporation (Nos. 1-37) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY EMAIL AND FIRST CLASS MAIL** <br> G. Hopkins Guy, III, Esq. <br> Vickie L. Feeman, Esq. <br> Bas de Blank, Esq. <br> Orrick, Herrington & Sutcliffe, LLP <br> 1000 Marsh Road <br> Menlo Park, CA 94025 | Attorneys for Plaintiffs <br> FAIRCHILD SEMICONDUCTOR <br> CORPORATION, INTERSIL <br> AMERICAS, INC., and INTERSIL <br> CORPORATION |
| **BY HAND DELIVERY** <br> Steven J. Balick, Esq. <br> Ashby & Geddes <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19899 | Attorneys for Plaintiffs <br> FAIRCHILD SEMICONDUCTOR <br> CORPORATION, INTERSIL <br> AMERICAS, INC., and INTERSIL <br> CORPORATION |

**By First Class Mail**                                    Attorneys for Plaintiff,
Michael Shore                                              INTERSIL CORPORATION
Jeffrey R. Bragalone
SHORE CHAN, LLP
325 North St. Paul, Suite 4450
Dallas, Texas 75201


Dated:  August 6, 2007              FISH & RICHARDSON P.C.


                                    By:  */s/ Kyle Wagner Compton*
                                         William J. Marsden, Jr. (#2247)
                                         Kyle Wagner Compton (#4693)
                                         919 N. Market Street, Suite 1100
                                         P.O. Box 1114
                                         Wilmington, DE  19899-1114
                                         Telephone: (302) 652-5070
                                         Email:  marsden@fr.com

                                         Frank E. Scherkenbach
                                         225 Franklin Street
                                         Boston, MA 02110-2804
                                         Telephone: (617) 542-5070

                                         Howard G. Pollack
                                         Michael Headley
                                         500 Arguello Street, Suite 500
                                         Redwood City, CA 94063
                                         Telephone: (650) 839-5070

                                    Attorneys for Defendant
                                    POWER INTEGRATIONS, INC.

*80047722.doc*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed with the Clerk of Court

Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the

following Delaware counsel.

| | |
|---|---|
| Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |

I hereby certify that on August 6, 2007, I have mailed by United States Postal Service,

the document(s) to the following non-registered participants:

| | |
|---|---|
| **BY EMAIL**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton

80047722.doc