IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>                Defendant. | C.A. No. 07-187 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2007, a true and correct copy of POWER INTEGRATIONS, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO FAIRCHILD SEMICONDUCTOR CORPORATION (NOS. 1-36) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND FIRST CLASS MAIL**
G. Hopkins Guy, III, Esq.
Vickie L. Feeman, Esq.
Bas de Blank, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for Plaintiffs
FAIRCHILD SEMICONDUCTOR
CORPORATION, INTERSIL
AMERICAS, INC., and INTERSIL
CORPORATION

**BY HAND DELIVERY**
Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Attorneys for Plaintiffs
FAIRCHILD SEMICONDUCTOR
CORPORATION, INTERSIL
AMERICAS, INC., and INTERSIL
CORPORATION

| | |
|---|---|
| **BY FIRST CLASS MAIL**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

Dated: August 9, 2007    FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Email:  marsden@fr.com

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070

    Howard G. Pollack
    Michael Headley
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070

Attorneys for Defendant
POWER INTEGRATIONS, INC.

80047909.doc

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |

I hereby certify that on August 9, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| **BY EMAIL AND BY MAIL**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| **BY FIRST CLASS MAIL**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

                                                  */s/ Kyle Wagner Compton*
                                                  Kyle Wagner Compton

80047909.doc