IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>POWER INTEGRATIONS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-187-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of August, 2007, **PLAINTIFF FAIRCHILD SEMICONDUCTOR, INTERSIL AMERICAS, INC., AND INTERSIL CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT POWER INTEGRATIONS, INC. (Nos. 1-54)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | <u>VIA U.S. MAIL & ELECTRONIC MAIL</u> |
| Frank E. Scherkenbach, Esquire<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | <u>VIA U.S. MAIL & ELECTRONIC MAIL</u> |
| Michael Headley, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | <u>VIA U.S. MAIL & ELECTRONIC MAIL</u> |
| Howard G. Pollack, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | <u>VIA U.S. MAIL & ELECTRONIC MAIL</u> |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Dated: August 14, 2007
182779.1