IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-187-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as Delaware counsel to plaintiffs Intersil Americas, Inc. and Intersil Corporation in the above action.

ASHBY & GEDDES

/s/ John G. Day

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs Intersil Americas, Inc. and Intersil Corporation*

Dated: August 30, 2007
183721.1