IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>POWER INTEGRATIONS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-187-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael W. Shore, Jeffrey R. Bragalone, and Joseph F. DePumpo to represent Plaintiffs Intersil Americas, Inc. and Intersil Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is being submitted to cover the annual fees for the attorneys listed above.

        ASHBY & GEDDES

        */s/ John G. Day*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        302-654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        lmaguire@ashby-geddes.com

        *Attorneys for Plaintiffs Intersil Americas,*
        *Inc. and Intersil Corporation*

Dated: August 31, 2007
183749.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| vi. | ) ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Michael W. Shore, Jeffrey R. Bragalone, and Joseph F. DePumpo to represent Plaintiffs Intersil Americas, Inc. and Intersil Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation<br><br>*Defendant*. | § § § § § § § § § § § § § § | No. 1:07-cv-00187-JJF |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Michael W. Shore
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9110 (phone)
214-593-9111 (fax)
shore@shorechan.com

Dated: August 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation<br><br>*Defendant*. | No. 1:07-cv-00187-JJF |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jeffrey R. Bragalone
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9110 (phone)
214-593-9111 (fax)
jbragalone@shorechan.com

Dated: August 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation, | § § § § § § § | |
| *Plaintiffs*, | § § | No. 1:07-cv-00187-JJF |
| v. | § § | |
| POWER INTEGRATIONS, INC., a Delaware corporation | § § § § | |
| *Defendant.* | | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Joseph F. DePumpo
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
Dallas, Texas 75201
214-593-9110 (phone)
214-593-9111 (fax)
jdepumpo@shorechan.com

Dated: August 30, 2007