IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
FAIRCHILD SEMICONDUCTOR      :
CORPORATION, et al.,         :
                             :
          Plaintiff,         :
                             :
     v.                      :   C.A. No. 07-187-JJF
                             :
POWER INTEGRATIONS, INC.,    :
                             :
          Defendant.         :
```

### O R D E R

WHEREAS, Defendant filed a Motion To Dismiss (D.I. 39);

NOW THEREFORE, IT IS HEREBY ORDERED that Oral Argument on Defendant's Motion will be held on **Friday, October 5, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

August 29, 2007  
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE