IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 07-187 (JJF) |

## POWER INTEGRATIONS, INC.'S MOTION TO DISMISS

Defendant Power Integrations, Inc. ("Power Integrations") respectfully moves to dismiss this action for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1). The reasons for this motion are set forth more fully in the accompanying brief and supporting papers filed concurrently with this motion.

Dated: September 7, 2007

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

Howard G. Pollack
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR DEFENDANT
POWER INTEGRATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I served POWER INTEGRATIONS, INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS on the following counsel of record at the address listed and in the manner indicated.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| **BY EMAIL AND BY FEDERAL EXPRESS**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| **BY FEDERAL EXPRESS**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

Kyle Wagner Compton

80047997.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 07-187 (JJF) |

**[PROPOSED] ORDER**

The Court, having considered Defendant Power Integrations, Inc.'s Motion to Dismiss and its supporting papers, and having considered the parties' arguments with regard to that motion, rules as follows:

Defendant Power Integrations, Inc.'s Motion to Dismiss is GRANTED.

IT IS HEREBY ORDERED this \_\_\_\_\_ day of _____, 2007 that this action be dismissed with prejudice.

_____
United States District Court Judge