IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of September, 2007, **FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC. AND INTERSIL CORPORATION'S RESPONSE TO POWER INTERGRATIONS, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-13)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                      HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire                      VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Michael Headley, Esquire                      VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Howard G. Pollack, Esquire                      VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*
*Fairchild Semiconductor*
*Corporation, Intersil Americas*
*Inc., and Intersil Corporation*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

*Attorneys for Plaintiff Fairchild*
*Semiconductor Corporation*

Michael W. Shore
Jeffrey R. Bragalone
Joseph F. DePumpo
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
(214) 593-9110

*Attorneys for Plaintiffs Intersil*
*Americas Inc. and Intersil Corporation*

Dated: September 10, 2007
183954.1