IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of September, 2007, **FAIRCHILD SEMICONDUCTOR CORPORATION'S RESPONSE TO POWER INTERGRATIONS, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-36)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire                   HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire                   VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Michael Headley, Esquire                   VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Howard G. Pollack, Esquire                   VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Fairchild Semiconductor Corporation*

*Of Counsel:*

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
Orrick, Herrington & Stucliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

*Attorneys for Plaintiff*
*Fairchild Semiconductor Corporation*

Dated: September 10, 2007
182779.1