IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) | |
| POWER INTEGRATIONS, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 10th day of September, 2007, **PLAINTFFS INTERSIL AMERICAS, INC. AND INTERSIL CORPORATION'S OBJECTIONS AND RESPONSES TO FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-37)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire  <u>HAND DELIVERY</u>
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire  <u>VIA ELECTRONIC MAIL</u>
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Michael Headley, Esquire  <u>VIA ELECTRONIC MAIL</u>
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Howard G. Pollack, Esquire  <u>VIA ELECTRONIC MAIL</u>
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*
*Intersil Americas, Inc., and*
*Intersil Corporation*

*Of Counsel:*

Michael W. Shore
Jeffrey R. Bragalone
Joseph F. DePumpo
Shore Chan Bragalone LLP
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
(214) 593-9110

*Attorneys for Plaintiffs*
*Intersil Americas, Inc. and*
*Intersil Corporation*

Dated: September 10, 2007
182779.1