IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 07-187 JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 10, 2007, a true and correct copy of 1) POWER INTEGRATIONS, INC.'S RESPONSES AND OBJECTIONS TO FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., AND INTERSIL CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-20) and 2) POWER INTEGRATIONS; INC.'S RESPONSES AND OBJECTIONS TO FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., AND INTERSIL CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-54) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY EMAIL**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, I |

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| **BY FIRST CLASS MAIL**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL AMERICAS, INC., and<br>INTERSIL CORPORATION |

Dated: September 10, 2007        FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: marsden@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

Howard G. Pollack
Michael Headley
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Attorneys for Defendant
POWER INTEGRATIONS, INC.

80049015.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

**BY HAND DELIVERY**
Steven J. Balick, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Attorneys for Plaintiffs
FAIRCHILD SEMICONDUCTOR
CORPORATION, INTERSIL
AMERICAS, INC., and INTERSIL
CORPORATION

I hereby certify that on September 10, 2007, I have sent via the method indicated, the document(s) to the following non-registered participants:

**BY EMAIL**
G. Hopkins Guy, III, Esq.
Vickie L. Feeman, Esq.
Bas de Blank, Esq.
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for Plaintiffs
FAIRCHILD SEMICONDUCTOR
CORPORATION, INTERSIL
AMERICAS, INC., and INTERSIL
CORPORATION

**BY FIRST CLASS MAIL**
Michael Shore
Jeffrey R. Bragalone
SHORE CHAN, LLP
325 North St. Paul, Suite 4450
Dallas, Texas 75201

Attorneys for Plaintiff,
INTERSIL AMERICAS, INC., and
INTERSIL CORPORATION

/s/ Kyle Wagner Compton
Kyle Wagner Compton

80049015.doc