# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 13, 2007

The Honorable Joseph J. Farnan                      *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:     *Fairchild Semiconductor Corporation, et al. v. Power Integrations, Inc.*
        C.A. No. 07-187-JJF

Dear Judge Farnan:

On behalf of the parties to the above action, I enclose for the Court's review a Stipulated Rule 16 Scheduling Order that reflects the dates and guidance Your Honor provided during the August 2, 2007 scheduling conference.

Respectfully,

*/s/ Lauren E. Maguire*

Lauren E. Maguire (I.D. #4261)

Enclosure
184127.1

cc:     William J. Marsden, Jr. Esquire (by hand and electronic mail; w/attachment)
        Frank E. Scherkenbach, Esquire (via electronic mail; w/attachment)
        Howard G. Pollack, Esquire (via electronic mail; w/attachment)
        G. Hopkins Guy, III, Esquire (via electronic mail; w/attachment)
        Michael W. Shore, Esq. (via electronic mail; w/attachment)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) ) | |

## STIPULATED RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f), IT IS

ORDERED that:

1.　**Scheduling.**　The parties have agreed to the following dates:

| Item | Due Date |
|---|---|
| Hearing on Power Integrations' Motion to Dismiss | October 5, 2007 |
| Initial Disclosures | October 19, 2007 |
| Last day to file joint statement on claim construction | November 30, 2007 |
| Last day to file Opening *Markman* briefs | December 14, 2007 |
| Last day to file Responsive *Markman* briefs | January 11, 2007 |
| Close of Fact Discovery | March 28, 2008 |
| Last day to file motions to Amend Pleadings to add claims or parties | March 28, 2008 |
| Last day to serve opening expert reports on issues for which the parties bear the burden of proof | April 18, 2008 |
| Last day to serve responsive expert reports | May 14, 2008 |
| Close of expert discovery | June 11, 2008 |
| Last day to file dispositive motions | June 27, 2008 |

| Item | Due Date |
|------|----------|
| Pretrial Conference | August 22, 2008 |
| Trial | September 8, 2008 |

2.    **Discovery Event Limitations.**

(a)    **Interrogatories:** Maximum of 30 interrogatories, including contention interrogatories, for each side.

(b)    **Depositions:** Maximum of 100 hours of depositions per side, excluding expert depositions.  Depositions shall not commence until Rule 26 initial disclosures are completed.  This paragraph shall not prevent the earlier deposition of an individual having knowledge of a party's document storage and retention policies, a custodian of records, and/or a document retention coordinator as contemplated by this Court's electronic discovery guidelines. This order shall not preclude the parties from altering the provisions of paragraphs 2(a)-(b) by agreement.

3.    **Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed in accordance with Delaware Local Rules.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

4.    **Applications by Motion.**

(a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006

Order on Procedures for Filing Non-dispositive motions in Patent Cases.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b)     No facsimile transmissions will be accepted.

        (c)     No telephone calls shall be made to Chambers.

        (d)     Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

        5.    **Protective Order.**  The parties have adopted the protective order entered in the case currently pending between Power Integrations and Fairchild in this district, C.A. No. 04-1371-JJF.

FISH & RICHARDSON P.C.          ASHBY & GEDDES

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr., (I.D. #2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
marsden@fr.com

*Attorneys for Power Integrations, Inc.*

*/s/ John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Fairchild Semiconductor Corporation, Intersil Americas, Inc., and Intersil Corporation*

        SO ORDERED this ____ day of _____, 2007.

_____
        United States District Judge