IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-187-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that: (1) the deadline by which plaintiffs must file and serve their answering brief in opposition to defendant Power Integrations, Inc.'s Motion to Dismiss (D.I. 59) is extended through and including September 26, 2007; and (2) the deadline by which Power Integrations, Inc. must file and serve its reply brief is extended through and including October 2, 2007.

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| */s/ Kyle Wagner Compton*<br>William J. Marsden, Jr., (I.D. #2247)<br>Kyle Wagner Compton (I.D. #4693)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070 | */s/ Lauren E. Maguire*<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888 |
| *Attorneys for Power Integrations, Inc.* | *Attorneys for Fairchild Semiconductor Corporation, Intersil Americas, Inc., and Intersil Corporation* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge