IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 07-187-JJF ) |
| v. | ) ) |
| POWER INTEGRATIONS, INC., | ) ) ) |
| Defendant. | ) |

### RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f), IT IS ORDERED that:

1. **Scheduling.** The parties have agreed to the following dates:

| Item | Due Date |
|---|---|
| Hearing on Power Integrations' Motion to Dismiss | October 5, 2007 |
| Initial Disclosures | October 19, 2007 |
| Last day to file joint statement on claim construction | November 30, 2007 |
| Last day to file Opening *Markman* briefs | December 14, 2007 |
| Last day to file Responsive *Markman* briefs | January 11, 2007 |
| Close of Fact Discovery | March 28, 2008 |
| Last day to file motions to Amend Pleadings to add claims or parties | March 28, 2008 |
| Last day to serve opening expert reports on issues for which the parties bear the burden of proof | April 18, 2008 |
| Last day to serve responsive expert reports | May 14, 2008 |
| Close of expert discovery | June 11, 2008 |
| Last day to file dispositive motions | June 27, 2008 |

| Item | Due Date | |
|---|---|---|
| Pretrial Conference | ~~August 22, 2008~~ | at July 3, 2008 @ 1:00 p.m. |
| Trial | September 8, 2008 | @ 9:30 a.m. |

2. **Discovery Event Limitations.**

    (a)    **Interrogatories:** Maximum of 30 interrogatories, including contention interrogatories, for each side.

    (b)    **Depositions:** Maximum of 100 hours of depositions per side, excluding expert depositions. Depositions shall not commence until Rule 26 initial disclosures are completed. This paragraph shall not prevent the earlier deposition of an individual having knowledge of a party's document storage and retention policies, a custodian of records, and/or a document retention coordinator as contemplated by this Court's electronic discovery guidelines. This order shall not preclude the parties from altering the provisions of paragraphs 2(a)-(b) by agreement.

3. **Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed in accordance with Delaware Local Rules. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

4. **Applications by Motion.**

    (a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006

Order on Procedures for Filing Non-dispositive motions in Patent Cases. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b)    No facsimile transmissions will be accepted.

      (c)    No telephone calls shall be made to Chambers.

      (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

      5.    **Protective Order.** The parties have adopted the protective order entered in the case currently pending between Power Integrations and Fairchild in this district, C.A. No. 04-1371-JJF.

| FISH & RICHARDSON P.C. | ASHBY & GEDDES |
|---|---|
| /s/ William J. Marsden, Jr. | /s/ John G. Day |
| William J. Marsden, Jr., (I.D. #2247) | Steven J. Balick (I.D. #2114) |
| 919 N. Market Street, Suite 1100 | John G. Day (I.D. #2403) |
| P.O. Box 1114 | Lauren E. Maguire (I.D. #4261) |
| Wilmington, DE 19899-1114 | 500 Delaware Avenue, 8th Floor |
| Telephone: (302) 652-5070 | P.O. Box 1150 |
| marsden@fr.com | Wilmington, DE 19899 |
| | Telephone: 302-654-1888 |
| *Attorneys for Power Integrations, Inc.* | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | |
| | *Attorneys for Fairchild Semiconductor Corporation, Intersil Americas, Inc., and Intersil Corporation* |

SO ORDERED this 19 day of September, 2007.

                                                                  United States District Judge