# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

September 28, 2007

Ms. Lucy Crescenco  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

*VIA ELECTRONIC FILING*

Re:   *Fairchild Semiconductor Corporation, et al. v. Power Integrations, Inc.*  
      C.A. No. 07-187-JJF

Dear Ms. Crescenco:

On September 26, 2007, we inadvertently submitted to the Court an illegible version of Exhibit 6 to the Sealed Fairchild's and Intersil's Answering Brief in Opposition to Motion to Dismiss (D.I. 72) in this matter. To correct that error, as requested, I enclose in a separate envelope the corrected version of Exhibit 6, and would appreciate it if you would please substitute it for the originally-filed version. Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

*/s/ Lauren E. Maguire*

Lauren E. Maguire (I.D. #4261)

Enclosure

cc:   William J. Marsden, Jr. Esquire (by electronic mail)  
      Frank E. Scherkenbach, Esquire (via electronic mail)  
      Howard G. Pollack, Esquire (via electronic mail)  
      G. Hopkins Guy, III, Esquire (via electronic mail)  
      Jeffrey R. Bragalone, Esq. (via electronic mail)