# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF AND BY HAND**

October 4, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *Fairchild/Intersil v. Power Integrations*
       USDC-D. Del. - C.A. No. 07-187 (JJF)

Dear Judge Farnan:

In reviewing Defendant's opening (D.I.60) and reply brief (D.I.74) in preparation for tomorrow's argument, we discovered a citation error that appeared in both our opening and reply briefs. We apologize for the error and are correcting it to eliminate any confusion.

Specifically, on page 14 of the opening brief we refer to "Paragraph 2.2 of the Intellectual Property Agreement." The cited text is actually Paragraph 2.2 of the ***Patent License*** Agreement, defined on page 5 of the brief. The parenthetical reference following the cited text, "(Ex. D (PLA) at I00705)," accurately refers to the correct page of the Patent License Agreement. The same mistake was repeated on page 11 of the reply brief. We refer to "Paragraph 2.2 of the Intellectual Property Agreement," but the cited text is actually Paragraph 2.2 of the ***Patent License*** Agreement. Again, the parenthetical reference following the cited text, "(Ex. D (PLA) at I00705)," accurately refers to the correct page of the Patent License Agreement.

Pursuant to instructions from Chambers, we are attaching a replacement copy of defendant's opening and reply briefs to correct this error. We will also re-file the redacted copy of Defendant's opening brief (D.I. 70) to also reflect this correction.

Respectfully,

*/s/ Kyle Wagner Compton*

Kyle Wagner Compton

KWC/kxk/ 80049730.doc

cc:    Steven J. Balick, Esq. (By Hand)
       Michael W. Shore, Esq. (By Federal Express)
       G. Hopkins Guy, III, Esq. (By email and Federal Express)

**SEALED DOCUMENT**

**SEALED DOCUMENT**