IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware corporation, and INTERSIL CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 07-187 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 19, 2007, a true and correct copy of DEFENDANT POWER INTEGRATIONS, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **BY EMAIL AND FIRST CLASS MAIL**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION |
| **BY HAND DELIVERY**<br>Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION |

| | |
|---|---|
| **BY FIRST CLASS MAIL**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

Dated: October 19, 2007      FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Email: marsden@fr.com
    Email: kcompton@fr.com

    Frank E. Scherkenbach
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070

    Howard G. Pollack
    Michael Headley
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070

Attorneys for Defendant
POWER INTEGRATIONS, INC.

80047909.doc

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed with the Clerk of Court Notice of Service using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Steven J. Balick, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |

I hereby certify that on October 19, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| **BY EMAIL AND BY MAIL**<br>G. Hopkins Guy, III, Esq.<br>Vickie L. Feeman, Esq.<br>Bas de Blank, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Plaintiffs<br>FAIRCHILD SEMICONDUCTOR<br>CORPORATION, INTERSIL<br>AMERICAS, INC., and INTERSIL<br>CORPORATION |
| **BY FIRST CLASS MAIL**<br>Michael Shore<br>Jeffrey R. Bragalone<br>SHORE CHAN, LLP<br>325 North St. Paul, Suite 4450<br>Dallas, Texas 75201 | Attorneys for Plaintiff,<br>INTERSIL CORPORATION |

　　　　　　　　　　　　　　　　　　　　　/s/ Kyle Wagner Compton
　　　　　　　　　　　　　　　　　　　　　Kyle Wagner Compton

80050314.doc