IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2007, **PLAINTIFFS FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., AND INTERSIL CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)** was served upon the following counsel of record at the address and in the manner indicated:

William J. Marsden, Jr., Esquire         HAND DELIVERY
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire          VIA ELECTRONIC MAIL
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Michael Headley, Esquire                VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Howard G. Pollack, Esquire              VIA ELECTRONIC MAIL
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Of Counsel:*

OF COUNSEL:

G. Hopkins Guy, III
Vickie L. Feeman
Bas de Blank
Brian H. VanderZanden
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400

Attorneys for Plaintiffs,
FAIRCHILD SEMICONDUCTOR
CORPORATION, INTERSIL AMERICAS, INC.
AND INTERSIL CORPORATION

Michael W. Shore
Jeffrey R. Bragalone
Joseph F. DePumpo
SHORE CHAN BRAGALONE, L.L.P.
325 North St. Paul, Suite 4450
Dallas, Texas 75201
(214) 593-9110

Attorneys for Plaintiffs,
INTERSIL CORPORATION, INTERSIL
AMERICAS, INC.
Dated: October 19, 2007
182779.1

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

---
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*