# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 5, 2007

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington, Delaware 19801

**REDACTED
PUBLIC VERSION**

Re:   *Fairchild Semiconductor Corporation, et al. v. Power Integrations, Inc.*
      C.A. No. 07-187-JJF

Dear Judge Farnan:

As Your Honor requested during this afternoon's hearing in the above matter, I enclose for the Court's *in camera* inspection an unredacted copy of the March 30, 2006 Patent License Agreement among Intersil and Fairchild.

Very truly yours,

*/s/ John G. Day*

John G. Day (I.D. #2403)

Enclosure
184759.1

cc:   William J. Marsden, Jr. Esquire (by electronic mail, w/o enclosure)
      Frank E. Scherkenbach, Esquire (via electronic mail, w/o enclosure)
      Howard G. Pollack, Esquire (via electronic mail, w/o enclosure)
      G. Hopkins Guy, III, Esquire (via electronic mail, w/o enclosure)
      Michael Shore, Esquire (via electronic mail, w/o enclosure)

# ATTACHMENT

# REDACTED IN ITS ENTIRETY