IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| v. | ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Orrick, Herrington & Sutcliffe LLP hereby withdraws its

appearance as lead counsel for plaintiff Fairchild Semiconductor Corporation ("Fairchild") in

this action, and McDermott Will & Emery hereby enters its appearance as lead counsel for

Fairchild.  Ashby & Geddes will remain as Delaware counsel to Fairchild in the above action.

ASHBY & GEDDES

*/s/ John G. Day*

_____

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
**sbalick@ashby-geddes.com**
**jday@ashby-geddes.com**
**lmaguire@ashby-geddes.com**

*Attorneys for Plaintiff Fairchild
Semiconductor Corporation*

-2-

*Of Counsel:*

Raphael V. Lupo
Mark G. Davis
Stephen K. Shahida
Sudip K. Kundu
McDERMOTT WILL & EMERY
600 13th Street, N.W.
Washington, DC  20005-3096
Tel:    (202) 756-8000
Fax:    (202) 756-8087

Terrence P. McMahon
McDERMOTT WILL & EMERY
3150 Porter Dr.
Palo Alto, CA  94304-1212
Tel:    (650) 813-5000
Fax:    (650) 813-5100

Matthew E. Leno
McDERMOTT WILL & EMERY
28 State Street
Boston, MA  02109-1775
Tel:    (617) 535-4000
Fax:    (617) 535-3800


Dated:  November 20, 2007
186066.1