IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-187-JJF |
| v. | )<br>)<br>) | |
| POWER INTEGRATIONS, INC., | )<br>) | |
| Defendant. | ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that: (1) the deadline by which the parties must file their joint statement of claim construction is extended through and including Friday December 28, 2007; (2) the deadline by which the parties must file and serve their opening claim construction briefs is extended through and including Friday January 25, 2008; and (3) the deadline by which the parties must file and serve their answering claim construction briefs is extended through and including Friday February 15, 2008.

| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
|---|---|
| */s/ John G. Day* | */s/ William J. Marsden, Jr.* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888 | William J. Marsden, Jr., (I.D. #2247)<br>Kyle Wagner Compton (I.D. #4693)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070 |
| *Attorneys for Fairchild Semiconductor Corporation, Intersil Americas, Inc., and Intersil Corporation* | *Attorneys for Power Integrations, Inc.* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge