IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>POWER INTEGRATIONS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-187-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Shawnna M. Yashar to represent Plaintiff Fairchild Semiconductor Corporation in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

　　　　　　　　　　　　　　　　　　　ASHBY & GEDDES

　　　　　　　　　　　　　　　　　　　*/s/ John G. Day*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Steven J. Balick (I.D. #2114)
　　　　　　　　　　　　　　　　　　　John G. Day (I.D. #2403)
　　　　　　　　　　　　　　　　　　　Lauren E. Maguire (I.D. #4261)
　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　302-654-1888
　　　　　　　　　　　　　　　　　　　sbalick@ashby-geddes.com
　　　　　　　　　　　　　　　　　　　jday@ashby-geddes.com
　　　　　　　　　　　　　　　　　　　lmaguire@ashby-geddes.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Fairchild*
　　　　　　　　　　　　　　　　　　　*Semiconductor Corporation*

Dated: November 30, 2007
186266.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, INTERSIL AMERICAS, INC., and INTERSIL CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-187-JJF |
| vi. | ) ) ) | |
| POWER INTEGRATIONS, INC., | ) ) | |
| Defendant. | | |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Shawnna M. Yashar to represent Plaintiff Fairchild Semiconductor Corporation in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Shawnna M. Yashar*
Shawnna M. Yashar
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
202-756-8000

Dated: 11-20-2007

111461.1