IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION, a Delaware corporation, INTERSIL AMERICAS, INC., a Delaware Corporation, and INTERSIL CORPORATION, a Delaware Corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>         Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>C.A. No. 07-187-JJF<br>:<br>:<br>:<br>:<br>: |

### O R D E R

At Wilmington, this 20 day of December 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motions To Dismiss (D.I. 39, 59) are **GRANTED**.

2. This action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE